**Order entered April 22, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01369-CV

## MICHAEL D. WILSON, Appellant

## V.

## WOODLAND HILLS APARTMENT, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-04980-C**

## ORDER

We **GRANT** appellant's April 19, 2016 motion for leave to file amended brief and

**ORDER** the amended brief be filed no later than April 28, 2016.

/s/     CRAIG STODDART
          JUSTICE